UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-03236-WYD-MEH

KIM NORDMAN, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

GOLIVE! MOBILE, LLC, a Delaware limited liability company, and,
AIRPUSH INC., a Delaware corporation,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on the parties' Unopposed Joint Stipulated Motion For A Temporary Stay Of Proceedings Pending Mediation [ECF No. 17], filed on February 28, 2013.  After careful consideration, it is

    ORDERED that the parties' Motion for a Temporary Stay [ECF No. 17] is **GRANTED**, and all proceedings in this case are **STAYED until Monday**, **April 29**, **2013**.  It is

    FURTHER ORDERED that the parties shall file a Joint Status Report **on or before Monday**, **April 29**, **2013**, apprising the Court of the status of settlement negotiations.

    Dated:  March 1, 2013.