IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03236-WYD-MEH

KIMM NORDMAN,

   Plaintiff,

v.

GOLIVE! MOBILE, LLC, a Delaware limited liability company,

   Defendant.

## ORDER

THIS MATTER is before the Court on plaintiff, Kimm Nordman's, Notice Of Voluntary Dismissal [ECF No. 30], filed on September 10, 2013.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, this action should be dismissed without prejudice.  Accordingly, it is

ORDERED that the above captioned case is **DISMISSED WITHOUT PREJUDICE**.  In light of this Order, it is

FURTHER ORDERED that the Motions Hearing set for Wednesday, September 11, 2013, at 3:00 p.m. in Courtroom A-1002 is **VACATED**.

Dated: September 10, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge